UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States, | ) | No. CR-94-0186-DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING GOVERNMENT'S |
| V. | ) | MOTION TO REMAND DEFENDANT |
| | ) | INTO CUSTODY |
| Florence M. Beardslee, | ) | |
| | ) | |
| Defendant. | ) | |

On July 6, 2005, Defendant was ordered released on bail to enable her to be present at a hearing on her motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. After the hearing and the Court's order denying Defendant's § 2255 motion, the government moved to have Defendant recommitted to the custody of the Bureau of Prisons to complete her sentence. On May 18, 2007, the Ninth Circuit Court of Appeals re-instated her § 2255 appeal and appointed Defendant counsel. See United States v. Beardslee, No. 06-15236, slip op. at 1 (9th Cir. May 18, 2007). Under these circumstances, the Court DENIES the government's motion without prejudice.

   IT IS SO ORDERED.

June 12, 2007

_____
D. Lowell Jensen
United States District Judge