| | |
|---|---|
| FLORENCE MARTHA BEARDSLEE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) No. CR-94-0186-DLJ <br> ) C-01-0397-DLJ <br> ) <br> ) **ORDER** <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | |

    Currently pending before the Court is the government's Motion to Remand Defendant to Custody and Beardslee's Application for Resentencing. At a phone conference held on January 28, 2011, counsel for Beardslee indicated that defendant's Application was based in part on the assertion that the Bureau of Prisons could not provide adequate medical care for Beardlsee in prison.

    The Court acknowledges that the government had previously submitted some information in this regard, but given that Beardslee's medical condition may have changed since that time, the Court believes it is appropriate for Beardslee to submit current medical information to the Bureau of Prisons for their response.

    Therefore, the Court hereby orders that no later than February 25, 2011 defendant is to submit for consideration by the Bureau of Prisons any and all information relevant to her medical condition which would allow them to make a determination of their ability to provide her with adequate medical care in prison.

    The Bureau of Prisons will then prepare a response to be

provided to the Court one week in advance of the next phone status conference in this matter which is scheduled to be held on April 22, 2011 at 11:00a.m.

IT IS SO ORDERED

Dated: January  28, 2011   

D. Lowell Jensen
United States District Judge