```
FLORENCE MARTHA BEARDSLEE,      )
                                )
              Petitioner,       )
                                )
         v.                     )
                                )    No. CR-94-0186-DLJ
                                )       C-01-0397-DLJ
                                )
                                )    ORDER Re Clarification
UNITED STATES OF AMERICA,       )
                                )
              Respondent.       )
_____)
```

In response to Petitioner's request for clarification of this Court's August 18, 2011 Order, the reference in that Order to an opportunity for Beardslee to be heard on the matter was a reference to the time Beardslee had already been given to provide any additional briefing to the Court throughout the 2010-2011 time frame.  Counsel for Beardslee did provide additional briefing.  The last of this briefing was filed by counsel for Petitioner on June 3, 2011.  The government filed its final response on June 24, 2011.

As noted in the August 18, 2011 Order, the Court carefully reviewed all of the pleadings in the case.  None of the pleadings presented the Court with any jurisdictional basis to modify Beardslee's sentence.  Therefore she must return to the custody of the BOP to serve the remainder of her sentence.  The Court hereby orders that Beardslee self-surrender to the custody of the BOP on or before December 15, 2011.

IT IS SO ORDERED

Dated: September 20, 2011

_____
D. Lowell Jensen
United States District Judge

**United States District Court**
For the Northern District of California