FILED

JAN 06 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  FLORENCE MARTHA BEARDSLEE,          )
                                       )
2                     Petitioner,      )
                                       )
3           v.                         )
                                       )        No. CR-94-0186-DLJ
4                                      )            C-01-0397-DLJ
                                       )
5                                      )
                                       )            **ORDER**
6  UNITED STATES OF AMERICA,           )
                                       )
7                     Respondent.      )
8  _____)

9

10        In response to Petitioner's request for an additional

11  extension of time to surrender, the Court DENIES this request and

12  hereby orders that Beardslee self-surrender to the custody of the

13  BOP on or before January 16, 2012, as previously ordered.

14

15

16

17        IT IS SO ORDERED

18

19  Dated: January __6__, 2012          _____

20                                      D. Lowell Jensen
21                                      United States District Judge

22

23

24

25

26

27

28

United States District Court
For the Northern District of California