**United States District Court**
For the Northern District of California

1  FLORENCE MARTHA BEARDSLEE,        )        *E-FILED - 2/29/12*
                                     )
2                  Petitioner,       )
                                     )
3           v.                       )
                                     )        No. CR-94-0186-DLJ
4                                    )             C-01-0397-DLJ
                                     )
5                                    )
                                     )        **ORDER**
6  UNITED STATES OF AMERICA,         )
                                     )
7                  Respondent.       )
                                     )
8  _____)

9

10      Petitioner has now requested that instead of being required to

11  surrender to the custody of the U.S. Marshal in Southern California

12  today, that the Court grant her permission to, at her own expense,

13  surrender directly to her designated BOP facility in Texas

14  tomorrow.  The Court grants her request and accordingly orders that

15  Beardslee self-surrender to the custody of the BOP Carswell

16  facility on or before March 1, 2012.

17

18

19

20      IT IS SO ORDERED

21

22

23  Dated: February 29, 2012            _____

24                                      D. Lowell Jensen
                                        United States District Judge
25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3

Copy of Order E-Filed to Counsel of Record:

4
5

Emailed to Defendant Florence Beardslee at:

6
7

jadebeardsley@firstteam.com

Copy of Order to Marshals Office (San Jose)

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2